STATE OF NEW JERSEY v. JAMES LAFFERTY.

May 4, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN CARL BEASLEY.

May 4, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN ATTILO TATASCIORE.

May 4, 1971. Petition for certification denied.

ROBERT STUPIN v. PRIMITIVO SANCHEZ.

May 4, 1971. Petition for certification granted.

STATE OF NEW JERSEY v. EMANUEL J. WALKER.

May 4, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN STEWARD.

May 4, 1971. Petition for certification denied.